JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ESCOBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **2:25-cv-03089-SVW-BFM**<br><br>*Assigned District Judge: Hon. Stephen V. Wilson*<br>*Assigned Magistrate Judge: Brianna Fuller Mircheff*<br><br>**[PROPOSED]** **ORDER OF DISMISSAL** |

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 9, 2025         By: _____
                                     Hon. Stephen V. Wilson
                                     United States District Judge